Writ refused. The judgment is correct under the facts found by the Court of Appeal.

■

230 So.2d 91

**Raymond H. McMANEMIN and E. V. Gould, et al.**

v.

**BOSSIER PARISH POLICE JURY, et al.**

No. 50271.

Jan. 20, 1970.

In re: Raymond H. McManemin applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 228 So.2d 36.

The application is denied. There appears no error of law in the judgment complained of.

SUMMERS & BARHAM, JJ., are of the opinion the writ should be granted.